**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Renascence, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA PIP Printing |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-2050011 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3185 Moseley Dr.<br>Greenville, NC 27858 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Pitt | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.growatpip.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Renascence, Inc.  
_____ Name _____

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___1439___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | Renascence, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Renascence, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 12, 2025___
MM / DD / YYYY

**X** /s/   Donald A. Stocks, Sr.                          Donald A. Stocks, Sr.
Signature of authorized representative of debtor          Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ C. Scott Kirk                          Date  May 12, 2025
Signature of attorney for debtor                 MM / DD / YYYY

C. Scott Kirk 40349
Printed name

Scott Kirk
Firm name

1025C Director Court
GREENVILLE, NC 27858
Number, Street, City, State & ZIP Code

Contact phone   (252) 689-6249       Email address   scott@csklawoffice.com

40349 NC
Bar number and State

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   Renascence, Inc.

Debtor(s)

Case No.

Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,  Donald A. Stocks, Sr., declare under penalty of perjury that I am the President of  Renascence, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th day of May, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Donald A. Stocks, Sr., President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Donald A. Stocks, Sr., President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Donald A. Stocks, Sr., President of this Corporation is authorized and directed to employ C. Scott Kirk 40349 , attorney and the law firm of Scott Kirk to represent the corporation in such bankruptcy case."

Date   May 5, 2025

Signed   /s/  Donald A. Stocks, Sr.

Donald A. Stocks, Sr.

Resolution of Board of Directors
of
Renascence, Inc.


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Donald A. Stocks, Sr., President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Donald A. Stocks, Sr., President  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Donald A. Stocks, Sr., President of this Corporation is authorized and directed to employ C. Scott Kirk 40349 , attorney and the law firm of Scott Kirk to represent the corporation in such bankruptcy case.

Date   May 5, 2025 _____      Signed _____

Date   May 5, 2025 _____      Signed _____

**Fill in this information to identify the case:**

Debtor name    Renascence, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2025     **X** /s/   Donald A. Stocks, Sr.
                                        Signature of individual signing on behalf of debtor

                                        Donald A. Stocks, Sr.
                                        Printed name

                                        President
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Renascence, Inc. | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Atlantic Graphic Systems<br>Attn:   Managing Agent/Officer<br>9687 Gerwig Ln., Suite B<br>Columbia, MD 21046 | | Trade debt | | | | $2,728.39 |
| Atlantic Graphic Systems, Inc.<br>Attn:   Managing Agent/Officer/Bankruptcy<br>9687 Gerwig Ln., Suite B<br>Columbia, MD 21046 | | Trade debt | | | | $984.22 |
| Capital on Tap<br>Attn:   Managing Agent/Officer/Bankruptcy<br>675 Ponce de Leon NE #8500<br>Atlanta, GA 30308 | | Credit card purchases | | | | $20,373.59 |
| Capital One<br>Attn:   Managing Agent/Officer<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | Credit card purchases | | | | $12,183.39 |
| Celtic Bank Corporation<br>Attn:   Managing Agent/Officer/Bankruptcy<br>268 South State St., Suite 300<br>Salt Lake City, UT 84111 | | Southern Bank Accounts Receivable (less than 90 days old) | | $82,131.03 | $53,843.17 | $82,131.03 |

Debtor   Renascence, Inc.                     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Donald A. Stocks, Sr. 409 Chabliss Way Wilmington, NC 28411 | | Loans made by officer and shareholder | | | | $171,777.38 |
| First Citizens Bank Attn: Managing Agent/Officer P.O. Box 1580 Roanoke, VA 24007 | | Xantee X33 UV flatbed printer with stand | | $34,170.63 | $10,000.00 | $24,170.63 |
| First Citizens Bank Attn: Managing Agent/Officer P.O. Box 1580 Roanoke, VA 24007 | | Xantee X33 UV flatbed printer with stand | | $23,077.77 | $10,000.00 | $23,077.77 |
| First Citizens Bank Attn: Managing Agent/Officer P.O. Box 1580 Roanoke, VA 24007 | | DIF Printer, Xantee Press, Laminator & Cutter | | $9,731.48 | $2,000.00 | $7,731.48 |
| Forward Financing Attn:  Managing Agent/Officer/Bankru ptcy 53 State St., 20th Fl Boston, MA 02109 | | Southern Bank Accounts Receivable (less than 90 days old) | | $40,872.03 | $53,843.17 | $40,872.03 |
| Harriett Stocks 114 Dunes Ct. #B Atlantic Beach, NC 28512 | | Loans made to Debtor | | | | $72,274.95 |
| North Carolina Department of Revenue Attn:  Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602 | | Sales Taxes | | | | $5,428.12 |
| On Deck Capital Attn:  Managing Agent/Officer/Bankru ptcy 1400 Broadway, 14th Fl. New York, NY 10018 | | Southern Bank Accounts Receivable (less than 90 days old) | | $53,109.43 | $53,843.17 | $53,109.43 |
| Postal Instant Press, Inc. Attn:  Managing Agent/Officer/Bankru ptcy 26722 Plaza Dr. Mission Viejo, CA 92691 | | Franchise Agreement Royalties | | | | $5,800.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Renascence, Inc.
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sanmar Corp. Attn:   Credit Dept. P.O. Box 643693 Cincinnati, OH 45264 | | Trade debt | | | | $8,201.46 |
| Timberland Bank Attn:   Managing Agent/Officer/Bankru ptcy 624 Simpson Ave. Hoquiam, WA 98550 | | Southern Bank Accounts Receivable (less than 90 days old) | | $83,121.57 | $53,843.17 | $83,121.57 |
| Towne Bank Attn: Managing Agent/Officer P.O. Box 2818 Norfolk, VA 23501 | | 2017 Ram ProMaster Van (NADA Average Trade-in-Value scheduled | | $8,940.23 | $4,000.00 | $4,940.23 |

Debtor  Renascence, Inc.
_____     Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration South Carolina District Office 1835 Assembly St., Suite 1425 Columbia, SC 29201 | bankruptcynotices@sba.gov | Petty Cash Southern Bank Greenville Utilities Deposit Pre-paid monthly insurance premiums for auto insurance, workers compensation, and business insurance Accounts Receivable (less than 90 days old) Custom print orders, Apparel and Embroidering orders, Custon sign orders and other material and supplies related to custom orders Copy paper, ink, office supplies for retail sales 4 desks, couch, tables and other misc. office furniture Computers and other electronic equipment DIF Printer, Xantee Press, Laminator & Cutter www.growatpip.co mwww.yourgo2apparel.comwww.yourgo2printer.com(Debtor assigns no value to domain names) Customer Lists and other data (value unknown; debtor believes that it has no value) | | $788,050.69 | $65,145.17 | $724,905.52 |
| Well-Oiled Operations Attn:   Stacy Tuschi 508 S. 27th St., #126 Oak Creek, WI 53154 | | Consulting Agreement | | | | $8,500.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 4

Debtor    Renascence, Inc.
_____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Xerox Corporation Attn:   Managing Agent/Officer/Bankruptcy 1301 Ridgeview Dr., Building 300 Mail Stop R382-450 Lewisville, TX 75057 | | Pre-Petition Lease Equipment Lease Arrearages | | | | $45,042.32 |

**Fill in this information to identify the case:**

Debtor name  Renascence, Inc.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $       111,445.17

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $       111,445.17

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $       1,123,204.86

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $       6,288.35

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................... +$       351,317.23

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b

$       1,480,810.44

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Renascence, Inc.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | $100.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Southern Bank | Checking | 5394 | $1,951.17 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $2,051.17 |

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  Greenville Utilities Deposit | $500.00 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1.  Pre-paid monthly insurance premiums for auto insurance, workers compensation, and business insurance | $4,852.00 |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Renascence, Inc.
Name

Case number *(If known)* _____

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $5,352.00 |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    52,939.21    -    1,047.21    = ....    | $51,892.00 |
                            face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

| $51,892.00 |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** Custom print orders, Apparel and Embroidering orders, Custon sign orders and other material and supplies related to custom orders | April 1, 2025 | $0.00 | Liquidation | $1,100.00 |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Copy paper, ink, office supplies for retail sales | April 1, 2025 | $0.00 | Liquidation | $750.00 |

23.    **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| $1,850.00 |

24.    **Is any of the property listed in Part 5 perishable?**
☒ No

Debtor    Renascence, Inc.                                               Case number *(If known)* _____
Name

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> 4 desks, couch, tables and other misc. office furniture | $0.00 | Liquidation | $1,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers and other electronic equipment | $0.00 | Liquidation | $1,000.00 |
| DIF Printer, Xantee Press, Laminator & Cutter | $0.00 | Liquidation | $2,000.00 |
| Xantee X33 UV flatbed printer with stand | $0.00 | Liquidation | $10,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.** <br> Add lines 39 through 42.   Copy the total to line 86.                                      | $14,000.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

Debtor    Renascence, Inc.
_____    Case number *(If known)* _____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   2017 Ram ProMaster Van (NADA Average<br>Trade-in-Value scheduled | $3,570.00 | Liquidation | $4,000.00 |
| 47.2.   2021 Toyota Tundra (Average NADA<br>Trade-in Value Scheduled) | $9,560.00 | Liquidation | $32,300.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

| | |
|---|---|
| | $36,300.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| **61.**   **Internet domain names and websites**<br>www.growatpip.com<br>www.yourgo2apparel.com<br>www.yourgo2printer.com<br>(Debtor assigns no value to domain names) | $0.00 | Liquidation | $0.00 |

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Renascence, Inc.                                          Case number *(If known)* _____
          Name

|  | Customer Lists and other data (value unknown; debtor believes that it has no value) | | $0.00 | Liquidation | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                                   | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☒ No.   Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor    Renascence, Inc.    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,051.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,352.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $51,892.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,850.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $36,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $111,445.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $111,445.17 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Rev. 5/2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:
Renascence, Inc.
      Debtor(s).

CASE NUMBER:

### SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,    Donald A. Stocks, Sr.    , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

Debtor's Age: _____

Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):**  $    0.00

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):**
$    0.00

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).   The number of dependents for exemption purposes is  0 .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):**  $    0.00

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):**  $    0.00

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | Cash Value |
|---|---|
| -NONE- | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

6.   NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.   NCGS 1C-1601(a)(8)   COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT   PURSUANT TO NCGS 1C-1601(a)(2):   $   0.00

9.   NCGS 1C-1601(a)(9) and 11 U.S.C. § 522   INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.   NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.   NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.   NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED   (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.   TENANCY BY THE ENTIRETY.   The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:   $   0.00

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| -NONE- | |

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| -NONE- | |

16. FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| -NONE- | |

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| -NONE- | |

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.    Of the United States or its agencies as provided by federal law.

b.    Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.    Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.    Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.    For payment of obligations contracted for the purchase of specific real property affected.

f.    For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.    For statutory liens, on the specific property affected, other than judicial liens.

h.    For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.    For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.    Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.    Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| -NONE- | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, ___Donald A. Stocks, Sr.___ , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  __May 12, 2025__                                    /s/   Donald A. Stocks, Sr.
                                                                                Donald A. Stocks, Sr.
                                                                                            Debtor

**Fill in this information to identify the case:**

Debtor name __Renascence, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | Celtic Bank Corporation | | | |
|---|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | $82,131.03 | $53,843.17 |
|---|---|---|---|---|

Creditor's Name

Attn:   Managing Agent/Officer/Bankruptcy
268 South State St., Suite 300
Salt Lake City, UT 84111

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Southern Bank ; Accounts Receivable (less than 90 days old)

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. U.S. Small Business Administration
2. Celtic Bank Corporation
3. Forward Financing
4. On Deck Capital
5. Timberland Bank

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | First Citizens Bank | | $23,077.77 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Managing Agent/Officer
P.O. Box 1580
Roanoke, VA 24007

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Xantee X33 UV flatbed printer with stand

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
01/21/2022

**Last 4 digits of account number**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  Renascence, Inc.                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. First Citizens Bank | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | First Citizens Bank | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $9,731.48 | $2,000.00 |
| | Attn: Managing Agent/Officer<br>P.O. Box 1580<br>Roanoke, VA 24007 | DIF Printer, Xantee Press, Laminator & Cutter | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | Purchase Money Security | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>2021-2022 | | | |
| | **Last 4 digits of account number**<br>8281 | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. First Citizens Bank<br>2. U.S. Small Business Administration | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.4 | First Citizens Bank | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $34,170.63 | $10,000.00 |
| | Attn: Managing Agent/Officer<br>P.O. Box 1580<br>Roanoke, VA 24007 | Xantee X33 UV flatbed printer with stand | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | Purchase Money Security | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>03/07/2024 | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.5 | Forward Financing | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $40,872.03 | $53,843.17 |
| | Attn:  Managing Agent/Officer/Bankruptcy<br>53 State St., 20th Fl<br>Boston, MA 02109 | Southern Bank ; Accounts Receivable (less than 90 days old) | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | Non-Purchase Money Security | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   Renascence, Inc. _____        Case number (if known) _____
               Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 | On Deck Capital | | $53,109.43 | $53,843.17 |
|---|---|---|---|---|

Creditor's Name
Attn:  Managing Agent/Officer/Bankruptcy
1400 Broadway, 14th Fl.
New York, NY 10018
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Southern Bank ; Accounts Receivable (less than 90 days old)

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.7 | Timberland Bank | | $83,121.57 | $53,843.17 |
|---|---|---|---|---|

Creditor's Name
Attn:  Managing Agent/Officer/Bankruptcy
624 Simpson Ave.
Hoquiam, WA 98550
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Southern Bank ; Accounts Receivable (less than 90 days old)

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
11/09/2023
**Last 4 digits of account number**
3062

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.8 | Towne Bank | | $8,940.23 | $4,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2017 Ram ProMaster Van (NADA Average

Debtor __Renascence, Inc._____   Case number (if known) _____
       Name

Attn: Managing Agent/Officer | Trade-in-Value scheduled
P.O. Box 2818
Norfolk, VA 23501

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
09/30/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | U.S. Small Business Administration | | $788,050.69 | $65,145.17 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Petty Cash; Southern Bank ; Greenville Utilities Deposit; Pre-paid monthly insurance premiums for auto insurance, workers compensation, and business insurance; Accounts Receivable (less than 90 days old); Custom print orders, Apparel and Embroidering orders, Custon sign orders and other material and supplies related to custom orders; Copy paper, ink, office supplies for retail sales; 4 desks, couch, tables and other misc. office furniture; Computers and other electronic equipment; DIF Printer, Xantee Press, Laminator & Cutter; www.growatpip.comwww.yourgo2apparel.comwww.yourgo2printer.com(Debtor assigns no value to domain names); Customer Lists and other data (value unknown; debtor believes that it has no value)

South Carolina District Office
1835 Assembly St., Suite 1425
Columbia, SC 29201

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

bankruptcynotices@sba.gov

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/9/2018, 04/24/2020 & 09/14/2021

**Last 4 digits of account number**
9108

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,123,204.86 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Renascence, Inc.                                    Case number (if known) _____
         Name

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name __Renascence, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address <br> Internal Revenue Service <br> Attn: Insolvency Unit <br> P.O. Box 7346 <br><br> Philadelphia, PA 19101 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $860.23 | $860.23 |
| | Date or dates debt was incurred <br> 3-31-25 | Basis for the claim: <br> Payroll Taxes | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address <br> North Carolina Department of Revenue <br> Attn:   Bankruptcy Unit <br> P.O. Box 1168 <br> Raleigh, NC 27602 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $5,428.12 | $5,428.12 |
| | Date or dates debt was incurred <br> 03-31-25 | Basis for the claim: <br> Sales Taxes | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address <br> Acculink <br> Attn:   Managing Agent/Officer <br> 1055 Greenville Blvd. SW <br> Greenville, NC 27834 | As of the petition filing date, the claim is: *Check all that apply.* | $780.61 |
| | Date(s) debt was incurred  2025 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Renascence, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$2,728.39**

Atlantic Graphic Systems
Attn:   Managing Agent/Officer
9687 Gerwig Ln., Suite B
Columbia, MD 21046

Date(s) debt was incurred  2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$984.22**

Atlantic Graphic Systems, Inc.
Attn:   Managing Agent/Officer/Bankruptcy
9687 Gerwig Ln., Suite B
Columbia, MD 21046

Date(s) debt was incurred  2025

Last 4 digits of account number  7777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$20,373.59**

Capital on Tap
Attn:   Managing Agent/Officer/Bankruptcy
675 Ponce de Leon NE #8500
Atlanta, GA 30308

Date(s) debt was incurred  _

Last 4 digits of account number  7891

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$12,183.39**

Capital One
Attn:   Managing Agent/Officer
P.O. Box 30285
Salt Lake City, UT 84130

Date(s) debt was incurred  2004

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$417.50**

DFS
Attn:   Managing Agent/Officer
P.O. Box 818095
Cleveland, OH 44181

Date(s) debt was incurred  2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$970.00**

Discount Labels
Attn:   Managing Agent/Officer
P.O. Box 200747
Dallas, TX 75320

Date(s) debt was incurred  2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$171,777.38**

Donald A. Stocks, Sr.
409 Chabliss Way
Wilmington, NC 28411

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loans made by officer and shareholder

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Renascence, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,274.95 |
|---|---|---|
| Harriett Stocks<br>114 Dunes Ct. #B<br>Atlantic Beach, NC 28512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** _Loans made to Debtor_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.30 |
|---|---|---|
| Portwest, LLC<br>Attn:  Managing Agent/Officer<br>1272 Omega Pkwy<br>Shepherdsville, KY 40165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _2025_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|
| Postal Instant Press, Inc.<br>Attn:  Managing Agent/Officer/Bankruptcy<br>26722 Plaza Dr.<br><br>Mission Viejo, CA 92691 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _2025_ | **Basis for the claim:** _Franchise Agreement Royalties_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.12 |
|---|---|---|
| S & S Activewear<br>Attn:  Managing Agent/Officer<br>220 Remington Blvd.<br>Bolingbrook, IL 60440 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _2025_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,201.46 |
|---|---|---|
| Sanmar Corp.<br>Attn:  Credit Dept.<br>P.O. Box 643693<br>Cincinnati, OH 45264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _2025_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|
| Well-Oiled Operations<br>Attn:  Stacy Tuschi<br>508 S. 27th St., #126<br>Oak Creek, WI 53154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _12/31/24_ | **Basis for the claim:** _Consulting Agreement_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,042.32 |
|---|---|---|
| Xerox Corporation<br>Attn:  Managing Agent/Officer/Bankruptcy<br>1301 Ridgeview Dr., Building 300<br>Mail Stop R382-450<br>Lewisville, TX 75057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _2025_ | **Basis for the claim:** _Pre-Petition Lease Equipment Lease Arrearages_ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor ___Renascence, Inc._____  Case number (if known) _____
       Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 6,288.35 |
| **5b. Total claims from Part 2** | 5b. + | $ | 351,317.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 357,605.58 |

| Fill in this information to identify the case: |
| --- |

Debtor name   Renascence, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement | |
| | State the term remaining | Expires June 10, 2033 | Postal Instant Press, Inc.<br>Attn:   Managing Agent/Officer/Bankruptcy<br>26722 Plaza Dr. |
| | List the contract number of any government contract | | Mission Viejo, CA 92691 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease (V3100 Printer; V3100EX Printer; DC 125CP Copier; V180B Printer; V180EXB1 Printer) | |
| | State the term remaining | 12 months (April 30, 2026) | Xerox Corporation<br>Attn:   Managing Agent/Officer/Bankruptcy<br>1301 Ridgeview Dr., Building 300<br>Mail Stop R382-450 |
| | List the contract number of any government contract | | Lewisville, TX 75057 |

**Fill in this information to identify the case:**

Debtor name  Renascence, Inc.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Donald A. Stocks, Sr. | 409 Chabliss Way<br>Wilmington, NC 28411 | Towne Bank | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _Renascence, Inc._

United States Bankruptcy Court for the: _EASTERN DISTRICT OF NORTH CAROLINA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $406,776.88 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $1,148,820.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $1,178,049.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Renascence, Inc. _____     Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | On Deck Capital<br>Attn:  Managing<br>Agent/Officer/Bankruptcy<br>1400 Broadway, 14th Fl.<br>New York, NY 10018 | February 7, 2025 to March 21, 2025 | $9,641.45 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Small Business Administration<br>Attn:  Managing<br>Agent/Officer/Bankruptcy<br>409 3rd. St., SW<br>Washington, DC 20416 | January 1, 2025 to March 31, 2025 | $11,703.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Towne Bank<br>Attn: Managing Agent/Officer<br>P.O. Box 2818<br>Norfolk, VA 23501 | January 1, 2025 to March 31, 2025 | $1,331.70 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Xerox Corporation<br>Attn:  Managing<br>Agent/Officer/Bankruptcy<br>1301 Ridgeview Dr., Building 300<br>Mail Stop R382-450<br>Lewisville, TX 75057 | January 1, 2025 to March 31, 2025 | $4,905.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Equipment Lease Payments |
| 3.5. | First Citizens Bank<br>Attn: Managing Agent/Officer<br>P.O. Box 1580<br>Roanoke, VA 24007 | January 1, 2025 to March 31, 2025 | $1,850.44 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Forward Financing<br>Attn:  Managing<br>Agent/Officer/Bankruptcy<br>53 State St., 20th Fl<br>Boston, MA 02109 | February 4, 2025 to March 26, 2025 | $6,778.59 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Sanmar Corp.<br>Attn:  Credit Dept.<br>P.O. Box 643693<br>Cincinnati, OH 45264 | February 13, 2025 to April 30, 2025 | $18,867.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Renascence, Inc.                                                    Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Donald A. Stocks, Sr.<br>409 Chabliss Way<br>Wilmington, NC 28411<br>President | April 1, 2024<br>to April 15,<br>2025 | $106,809.12 | Salary |
| 4.2. Harriett Stocks<br>114 Dunes Ct. #B<br>Atlantic Beach, NC 28512<br>Former Officer | 5-5-24 to<br>5-5-25 | $17,849.12 | Repayment of Loan |
| 4.3. Donald A. Stocks, Sr.<br>409 Chabliss Way<br>Wilmington, NC 28411<br>President | April 1, 2024<br>to April 15,<br>2025 | $25,658.04 | Repayment of Loan |
| 4.4. Brandon Heath<br>1238 Nash Rd.<br>Farmville, NC 27828<br>Vice President | April 26, 2024<br>to Present | $52,897.00 | Salary |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

Debtor __Renascence, Inc._____    Case number *(if known)* _____

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
    |---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | C. Scott Kirk, Attorney at Law, PLLC<br>1025C Director Court<br>Greenville, NC 27858 | $12,000.00 | April 16, 2025 and April 24, 2025 | $12,000.00 |
    | | **Email or website address**<br>scott@csklawoffice.com | | | |
    | | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

| Part 7: | Previous Locations |
|---------|--------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Renascence, Inc.                                              Case number *(if known)*

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Renascence, Inc.                                   Case number *(if known)*

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Debtor  Renascence, Inc.                                    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Joyner & Associates, CPA, PA<br>2865 Charles Blvd.<br>Greenville, NC 27858 | 2021 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald A. Stocks, Sr. | 409 Chabliss Way<br>Wilmington, NC 28411 | President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandon Heath | 1238 Nash Rd.<br>Farmville, NC 27828 | Vice President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Renascence, Inc.

Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Donald A. Stocks, Sr. 409 Chabliss Way Wilmington, NC 28411 | 106,809.12 | April 1, 2024 to April 15, 2025 | Salary |
| | **Relationship to debtor** President | | | |
| 30.2. | Brandon Heath 1238 Nash Rd. Farmville, NC 27828 | $52,896.39 | April 26, 2024 to Present | Salary |
| | **Relationship to debtor** Vice President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May 12, 2025

/s/   Donald A. Stocks, Sr.                                    Donald A. Stocks, Sr.
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Renascence, Inc.                       Case No. _____

                                     Debtor(s)              Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May 12, 2025                        Signature   /s/  Donald A. Stocks, Sr.

                                                              Donald A. Stocks, Sr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   Renascence, Inc.                  Case No. _____
                              Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ................................................................   $              0.00

      Prior to the filing of this statement I have received .......................................................   $              0.00

      Balance Due ..................................................................................................................   $              0.00

2.   The source of the compensation paid to me was:

      ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      b. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

      May 12, 2025                     /s/ C. Scott Kirk
      *Date*                                  C. Scott Kirk 40349
                                        *Signature of Attorney*
                                        Scott Kirk
                                        1025C Director Court
                                        GREENVILLE, NC 27858
                                        (252) 689-6249   Fax:
                                        scott@csklawoffice.com
                                        *Name of law firm*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Renascence, Inc.        Case No. _____

                    Debtor(s)     Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 12, 2025             /s/ Donald A. Stocks, Sr.

                                       Donald A. Stocks, Sr./President
                                       Signer/Title

Acculink
Attn:  Managing Agent/Officer
1055 Greenville Blvd. SW
Greenville, NC 27834


Atlantic Graphic Systems
Attn:  Managing Agent/Officer
9687 Gerwig Ln., Suite B
Columbia, MD 21046


Atlantic Graphic Systems, Inc.
Attn:  Managing Agent/Officer/Bankruptcy
9687 Gerwig Ln., Suite B
Columbia, MD 21046


Capital on Tap
Attn:  Managing Agent/Officer/Bankruptcy
675 Ponce de Leon NE #8500
Atlanta, GA 30308


Capital One
Attn:  Managing Agent/Officer
P.O. Box 30285
Salt Lake City, UT 84130


Celtic Bank Corporation
Attn:  Managing Agent/Officer/Bankruptcy
268 South State St., Suite 300
Salt Lake City, UT 84111


DFS
Attn:  Managing Agent/Officer
P.O. Box 818095
Cleveland, OH 44181


Discount Labels
Attn:  Managing Agent/Officer
P.O. Box 200747
Dallas, TX 75320


Donald A. Stocks, Sr.
409 Chabliss Way
Wilmington, NC 28411


First Citizens Bank
Attn: Managing Agent/Officer
P.O. Box 1580
Roanoke, VA 24007


Forward Financing
Attn:  Managing Agent/Officer/Bankruptcy
53 State St., 20th Fl
Boston, MA 02109


Harriett Stocks
114 Dunes Ct. #B
Atlantic Beach, NC 28512

Internal Revenue Service
Attn: Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101


North Carolina Department of Revenue
Attn:  Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602


On Deck Capital
Attn:  Managing Agent/Officer/Bankruptcy
1400 Broadway, 14th Fl.
New York, NY 10018


Portwest, LLC
Attn:  Managing Agent/Officer
1272 Omega Pkwy
Shepherdsville, KY 40165


Postal Instant Press, Inc.
Attn:  Managing Agent/Officer/Bankruptcy
26722 Plaza Dr.
Mission Viejo, CA 92691


S & S Activewear
Attn:  Managing Agent/Officer
220 Remington Blvd.
Bolingbrook, IL 60440


Sanmar Corp.
Attn:  Credit Dept.
P.O. Box 643693
Cincinnati, OH 45264


Timberland Bank
Attn:  Managing Agent/Officer/Bankruptcy
624 Simpson Ave.
Hoquiam, WA 98550


Towne Bank
Attn: Managing Agent/Officer
P.O. Box 2818
Norfolk, VA 23501


U.S. Small Business Administration
South Carolina District Office
1835 Assembly St., Suite 1425
Columbia, SC 29201


Well-Oiled Operations
Attn:  Stacy Tuschi
508 S. 27th St., #126
Oak Creek, WI 53154

```
Xerox Corporation
Attn:  Managing Agent/Officer/Bankruptcy
1301 Ridgeview Dr., Building 300
Mail Stop R382-450
Lewisville, TX 75057
```

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Renascence, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Renascence, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 12, 2025

Date

/s/ C. Scott Kirk

C. Scott Kirk 40349
Signature of Attorney or Litigant
Counsel for    Renascence, Inc.
Scott Kirk
1025C Director Court
GREENVILLE, NC 27858
(252) 689-6249  Fax:
scott@csklawoffice.com